# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ANGELA MCDERMOTT
Plaintiff

v.

26-cv-841
Civil Action No.

EVOLUTE INC.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Angela McDermott

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Angela McDermott, Paronich Law, P.C.

| | |
|---|---|
| Date: | July 9, 2026 |
| Signature: | |
| Print Name: | Anthony Paronich |
| Bar Number: | 678437 |
| Address: | 350 Lincoln St., Suite 2400 |
| City, State, Zip: | Hingham, MA 02043 |
| Telephone: | (508) 221-1510 |
| Fax: | (617) 485-0018 |
| E-Mail: | anthony@paronichlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.