IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ANGELA MCDERMOTT

§
§
§
§
VS.      §      CIVIL ACTION NO.
§      4-26-CV-00841-O
§
§
EVOLUTE, INC.    §

## NOTICE OF  APPEARANCE AS LOCAL COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby enters appearance in these proceedings as counsel of record for Plaintiff Angela McDermott, and requests that all papers, pleadings, notices, orders and other related documents be served upon the undersigned along with other counsel of record.

Respectfully submitted,

*/s/ Sharon K Campbell*
Sharon K. Campbell
State Bar # 03717600
6220 Campbell Rd., Suite  300
Dallas, Texas 75248
Telephone: 214/351-3260
Sharon@SharonKCampbell.com

1

CERTIFICATE OF SERVICE

In keeping with Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record

____ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

____ TELEPHONIC DOCUMENT TRANSFER (FAX)

____ FEDERAL EXPRESS

____ COURIER/RECEIPTED DELIVERY

____ REGISTERED MAIL/RETURN RECEIPT REQUESTED

____ HAND-DELIVERY (IN PERSON)

____ REGULAR MAIL

_X_ ELECTRONIC MAIL


DATED:  ___July 13, 2026_____


/s/  Sharon K. Campbell


NOTICE OF APPEARANCE

2