**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ANGELA MCDERMOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTE INC.,<br><br>Defendant. | Case No. 26-cv-00841 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A).

RESPECTFULLY SUBMITTED this 26th day of October, 2026.

Respectfully submitted,

*/s/ Adam Weintraub*
Adam Weintraub
**WEINTRAUB LAW**
170 Commerce Way, Suite 200
Portsmouth, NH 03801
Telephone: (603) 212-1785
aweintraub@ahwfirm.com